# Order

Michigan Supreme Court
Lansing, Michigan

June 28, 2010

140506 & (17)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
　　　　　Plaintiff-Appellee,

v

LAMONT D. McCLURE,
　　　　　Defendant-Appellant.

SC: 140506
COA: 294845
Wayne CC: 01-005893

_____/

　　　　On order of the Court, the application for leave to appeal the December 30, 2009 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G). The motion to remand is DENIED.

　　　　HATHAWAY, J., not participating.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2010

Clerk

0621